IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 1:11-cr-00515-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMUEL SANTISTEVEN,

    Defendant.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Transcripts to the Defendant (Motion) **(#57)** filed June 7, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, a copy of the transcript of testimony given by witnesses before the Grand Jury shall be provided to the Defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of Counsel for the Defendant.

DATED this 8th day of June, 2012.

                                                    **BY THE COURT:**

                                                *Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge